09-MC-08

DdF

At a Term of the Appellate Division of the Supreme
Court held in and for the First Judicial Department in
the County of New York on December 11, 2008.

Present - Hon. Angela M. Mazzarelli, Justice Presiding,
            Richard T. Andrias
            John W. Sweeny, Jr.
            James M. McGuire
            Dianne T. Renwick, Justices.

FILED
DEC 11 2008
Appellate Division, Supreme Court
First Dept.

-----------------------------------x
In the Matter of Edward D. Fagan
(admitted as Edward Davis Fagan),
an attorney and counselor-at-law:

                                        M-2732
Departmental Disciplinary Committee     M-3148
for the First Judicial Department,      M-3193
            Petitioner,

Edward D. Fagan,
(OCA Atty. Reg. No. 2184505),
            Respondent.
-----------------------------------x

An unpublished order of this Court having been entered on
April 2, 2007 (M-6486), finding respondent (who, as Edward Davis
Fagan, was admitted to practice as an attorney and counselor-at-
law in the State of New York at a Term of the Appellate Division
of the Supreme Court for the Third Judicial Department on
February 23, 1988) guilty of professional misconduct in violation
of DR 1-102(A)(4), (5) and (7); DR 5-103(A)(2) and (5); and DR 7-
106(A) and (c)(7) of the Lawyers' Code of Professional
Responsibility, and remanding the proceeding to the Committee for
the appointment of a Hearing Panel solely to consider evidence in
mitigation or aggravation, if any, and to recommend an
appropriate sanction to be imposed upon respondent,

And an order of this Court having been entered on June 17,
2008 (M-2602), inter alia, denying respondent's motion to vacate
the aforesaid unpublished order of this Court,

And the Departmental Disciplinary Committee for the First
Judicial Department, by Alan W. Friedberg, its Chief Counsel
(Mady J. Edelstein, of counsel) having submitted a petition and a
memorandum of law to this Court on July 14, 2008, seeking an
order pursuant to 22 NYCRR 603.4(d) and 605.15(e)(1) confirming
the Recommendation of the Hearing Panel that respondent be
disbarred from the practice of law in the State of New York,

And respondent pro se having cross moved for, inter alia, an order disqualifying the Hearing Panel and directing petitioner to appoint a new Hearing Panel (M-3148) and, by separate cross motion, for an order compelling the petitioner to provide respondent with a copy of the entire record of the proceedings and for an enlargement of time in which to respond to the petition, and related relief (M-3193),

And the Committee having interposed affirmations in opposition to the respective cross motions and in further support of the petition,

And respondent having submitted a declaration and supplemental declarations in response to the petition and in reply on the cross motions,

Now, upon reading and filing the papers with respect to the motion and cross motions, and due deliberation having been had thereon, and upon the Opinion Per Curiam filed herein, it is unanimously,

Ordered that the petition is granted, the cross motions are denied, the determination of the Hearing Panel is confirmed, and respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof, and it is further,

Ordered that respondent is commanded to desist and refrain from the practice of law in any form, either as principal or agent, clerk or employee of another; that respondent is forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority; that respondent is forbidden to give to another an opinion as to the law or its application or any advice in relation thereto. Respondent is directed to fully comply with the provisions of Title 22, Section 603.13, of the Rules of this Court, a copy of which is annexed hereto and made a part hereof.

ENTER:

Clerk